# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER: Circuit Rule 33 - Briefing

August 14, 2013

| | |
|---|---|
| No.: 13-2337 | FORTRES GRAND CORPORATION, an Indiana corporation,<br>Plaintiff - Appellant<br><br>v.<br><br>WARNER BROTHERS ENTERTAINMENT, INCORPORATED, a Delaware corporation,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00535-PPS-CAN<br>Northern District of Indiana, South Bend Division<br>District Judge Philip P. Simon | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The Appellant's brief of Fortres Grand Corporation will be due by September 30, 2013.

2. The Appellee's brief of Warner Brothers Entertainment, Incorporated will be due by October 30, 2013.

3. The Appellant's reply brief of Fortres Grand Corporation, if any, will be due by November 13, 2013.

Important Scheduling Notice!

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_CR33_Briefing**(form ID: **193**)